**Russell Adam PELLETIER, Plaintiff—Appellant,**

and

**Bobby Patterson; Alvin O. Washington; Layranzy Armstrong, Plaintiffs,**

v.

**Whitney COLEMAN; Bobby Hardison; Jack McKeen; Melba Jones; Kenneth Biller, Defendants—Appellees,**

and

**Berry; Lewis; Clatterbuck; Wolkowicz; Steven Keys; Luggar; Dyer; Gray; (Male); Garrison; McDanials; Graves; Aylor; Dr. Reese; Central Virginia Regional Jail, all Officers; E.L. Crosley; Randall J. Arft, Defendants.**

No. 04–7569.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 13, 2005.

Decided Jan. 20, 2005.

Russell Adam Pelletier, Appellant pro se.

Elizabeth Kay Dillon, Jim Harold Guynn, Jr., Guynn, Memmer & Dillon, P.C., Roanoke, Virginia, for Appellees.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Russell Adam Pelletier appeals the district court's order entering judgment in favor of Defendants in his 42 U.S.C. § 1983 (2000) action pursuant to a jury verdict. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pelletier v. Coleman*, No. CA–02–828–7 (W.D.Va. Sept. 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*